DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087
cristina.silva@usdoj.gov
Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOLDSBY,<br><br>Defendant. | Case No.: 2:16-cr-00294-JCM-VCF<br><br>STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF No. 88) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; and Cristina Silva, Assistant United States Attorneys, counsel for the United States of America, and Mace Yampolsky, Esq., counsel for defendant JASON GOLDSBY, for the reasons set forth herein, that the Government's response to defendant's motion to dismiss (ECF No. 88), which is currently due on February 12, 2018, be continued for two days.

…

…

The parties respectfully requests that this stipulation be granted for the following reasons:

1. With the exception of one section, co-Defendant Rudy Redmond filed a substantially similar motion to dismiss. *See* ECF No. 92. For judicial efficiency purposes, the United States would like to respond to the motions in one response.

2. Counsel for the Defendant does not have an objection to the brief continuance of the response deadline.

3. The defendant is in custody and but does not object to the brief continuance of the response deadline.

4. This is the <u>first</u> request for continue the response to the motion to dismiss.

DATED this 12th day of February, 2018.

DAYLE ELIESON
United States Attorney

/s/  
MACE YAMPOLSKY, ESQ.  
Counsel for the Defendant

/s/  
CRISTINA D. SILVA  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON GOLDSBY,

        Defendant.

Case No.: 2:16-cr-00294-LRH-VCF

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. With the exception of one section, co-Defendant Rudy Redmond filed a substantially similar motion to dismiss. *See* ECF No. 92. For judicial efficiency purposes, the United States would like to respond to the motions in one response.

2. Counsel for the Defendant does not have an objection to the brief continuance of the response deadline.

3. The defendant is in custody and but does not object to the brief continuance of the response deadline.

4. This is the <u>first</u> request for continue the response to the motion to dismiss.

For all of the above-stated reasons, the end of justice would best be served by a day two continuation of the Government's deadline to respond to Defendant's motion to dismiss. ECF No. 88.

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion to dismiss, that was scheduled for February 12, 2018, be vacated and continued to February 14, 2018.

DATED February 13, 2018.

                                                                   */s/ James C. Mahan*
                                                           UNITED STATES DISTRICT JUDGE