# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON GOLDSBY,<br><br>　　　　　Defendant. | 2:16-cr-00294-JCM-VCF<br>**ORDER** |

　　　The court ordered that AUSA Lopez must provide the court with the Grand Jury transcript for in camera review by December 21, 2020. (ECF No. 271). To date, no Grand Jury transcript has been received.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that AUSA Lopez must provide the court with the Grand Jury transcript for in camera review by noon, January 4, 2021. If the parties no longer would like the court to review the Grand Jury transcript, a stipulation to that effect must be filed on or before noon, January 4, 2021.

　　　DATED this 28th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE