# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>JASON GOLDSBY,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00294-JCM-VCF-1 |

**Order Granting Unopposed Motion to Continue Evidentiary Hearing**

Based on the government's Unopposed Motion to Continue Evidentiary Hearing and good cause shown, the Government's motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the evidentiary hearing set for January 8, 2021, at 2:00 p.m. is vacated and continued to January 29, 2021 at 1:00 PM in Courtroom 3D.

DATED: January __5__, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES DISTRICT JUDGE