NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON GOLDSBY,<br><br>    Defendant. | Case No. 2:16-cr-00294-JCM-VCF-1<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION TO CONTINUE EVIDENTIARY HEARING UNDER SEAL (ECF 277)** |

Contemporaneous with this motion, the Government is filing a motion to continue (at ECF 277) the evidentiary hearing currently scheduled for January 8, 2021. Because that motion refers to confidential personal information of a readily identifiable person, the Government requests permission to file the motion under seal.

DATED: January 5, 2021

                                    NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    */s/ Richard Anthony Lopez*
                                    RICHARD ANTHONY LOPEZ
                                    Assistant United States Attorney

DATED: January 5, 2021.

        IT IS SO ORDERED: _____
                                    HONORABLE CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE